# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PHYLLIS KENNEDY, :

    Plaintiff, :

                                            Case No. 3:08cv00144

vs. :

                                            District Judge Thomas M. Rose

                                         :    Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE,
Commissioner of the Social :
Security Administration,

                                           :

    Defendant.

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 16, 2010 (Doc. #15) is ADOPTED in full;

2. Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C.§2412(d) (Doc. #13) is GRANTED;

3. Plaintiff is granted an award of attorney fees plus costs in the total amount of $3,054.14; and

4. The case remains terminated on the docket of this Court.

October 6, 2010                             *s/THOMAS M. ROSE*

                                            _____
                                            Thomas M. Rose
                                            United States District Judge